1

2

3

4

5

6

7

8

9

10

11

FILED

AUG 1 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOSAW, JENNIFER; 06-0618-MJJ | ) Assigned to: Honorable Martin J. Jenkins |
| | ) |
| BOYER, DEBRA; 06-0559-MJJ | ) |
| | ) [Proposed] ORDER GRANTING AND |
| BURGER, RUSSELL; 06-1766-MJJ | ) DENYING MOTION FOR |
| | ) ADMINISTRATIVE RELIEF TO STAY |
| CALDWELL, LEONA; 06-0582-MJJ | ) ACTION PENDING TRANSFER TO |
| | ) MULTIDISTRICT PROCEEDINGS |
| CANNON, DANIEL; 06-1283-MJJ | ) |
| | ) |
| CHATHAMS, SANDRA; 06-0585-MJJ | ) |
| | ) |
| CLEMENTS, LORAINE; 06-0655-MJJ | ) |
| | ) |
| COPELAND, NADINE; 06-1564-MJJ | ) |
| | ) |
| FROMOSKY, JR., THOMAS; 06-1763-MJJ | ) |
| | ) |
| GRAHAM, THELMA; 06-1307-MJJ | ) |
| | ) |
| KING, KENNETH; 06-0620-MJJ | ) |
| | ) |
| MARSIGLIA, JIMMY; 06-1449-MJJ | ) |
| | ) |
| MCINTYRE, CAROLE; 06-0589-MJJ | ) |
| | ) |
| MORRIS, LAUREL; 06-0592-MJJ | ) |
| | ) |
| POLIS, SCOTT; 06-0676-MJJ | ) |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING AND DENYING MOTION TO STAY**

1  POPP, MARY LOU; 06-0624-MJJ                )
                                              )
2                                             )
3  PORTER, DENNIS; 06-0668-MJJ                )
                                              )
4  ROBERTS, DEBRA; 06-0667-MJJ                )
                                              )
5  THOMAS, HELLEN; 06-1454-MJJ                )
                                              )
6          Plaintiffs,                        )
                                              )
7      vs.                                    )
                                              )
8  ASTRAZENECA PHARMACEUTICALS, L.P.,         )
   et al.,                                    )
9          Defendants.                        )
                                              )
10 _____   )

11         The Court, having fully considered the papers submitted by the parties in connection

12 with Defendants' Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict

13 Proceedings, and all other papers or arguments filed with or submitted to the Court in connection

14 with the proceedings in the above-captioned actions, HEREBY ORDERS that the following cases

15 are STAYED pending transfer to MDL-1769:

16 *Russel Burger v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1766-MJJ

17 *Daniel Cannon v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1283-MJJ

18 *Nadine Copeland v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1564-MJJ

19 *Thomas Fromosky, Jr. v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1763-MJJ

20 *Thelma Graham v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1307-MJJ

21 *Jimmy Marsiglia v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1449-MJJ

22 *Scott Polis v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0676-MJJ

23 *Debra Roberts v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0667-MJJ

24 *Hellen Thomas v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-1454-MJJ

25         The Court further ORDERS that Defendants' motion is DENIED as moot as to the

26 following actions, which have already been transferred to MDL-1769:

27 *Jennifer Bosaw v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0618-MJJ

28                                           2

1  *Debra Boyer v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0559-MJJ

2  *Leona Caldwell v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0582-MJJ

3  *Sandra Chathams v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0585-MJJ

4  *Loraine Clements v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0655-MJJ

5  *Kenneth King v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0620-MJJ

6  *Carole McIntyre v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0589-MJJ

7  *Laurel Morris v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0592-MJJ

8  *Mary Lou Popp v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0624-MJJ

9  *Dennis Porter v. Astrazeneca Pharmaceuticals, et al.*, Case No. 06-0668-MJJ

10

11            IT IS SO ORDERED.

12

13  Dated: 8/15/06

14                                                    By:

15                                                         United States District Court Judge

16  Respectfully submitted by:

17  Catherine Valerio Barrad (SBN 168897)
    Justin Ma (SBN 216215)
18  Rebecca G. Goldstein (SBN 227180)
    SIDLEY AUSTIN LLP
19  555 West Fifth Street, Suite 4000
    Los Angeles, California 90013-1010
20  Telephone:        (213) 896-6000
    Facsimile:        (213) 896-6600
21  cbarrad@sidley.com
    jma@sidley.com
22  rgoldstein @sidley.com

23  Of Counsel:
    Michael W. Davis
24  James W. Mizgala
    Sidley Austin LLP
25  One South Dearborn
    Chicago, IL 60603
26

27

28
                                          3
    [PROPOSED] ORDER GRANTING AND DENYING MOTION TO STAY