

**A CERTIFIED TRUE COPY**
SEP 2 2 2006
ATTEST [signature]
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
OCT - 3 2006
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
SEP - 6 2006
FILED
CLERK'S OFFICE

DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1596 -- IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*
*MDL-1769 -- IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

*MDL-1596 CONDITIONAL TRANSFER ORDER (CTO-67)*
*WITH SEPARATION, REMAND AND*
*MDL-1769 CONDITIONAL TRANSFER ORDER (CTO-8)*
*AND SEPARATION AND REMAND OF CERTAIN CLAIMS*

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings in MDL-1596 pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,287 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings in MDL-1769 pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). Since that time, 63 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to: 1) the actions in MDL-1596 previously transferred to the Eastern District of New York and assigned to Judge Weinstein; and 2) the actions in MDL-1769 previously transferred to the Middle District of Florida and assigned to Judge Conway. Each of these actions comprises three sets of claims, as follows: 1) claims relating to the prescription drug Zyprexa, which involve common questions of fact with the previously transferred MDL-1596 actions; 2) claims relating to the prescription drug Seroquel, which involve common questions of fact with the previously transferred MDL-1769 actions; and 3) claims relating to the prescription drug Risperdal, which do not involve common questions of fact with the previously transferred actions in either MDL-1596 or MDL-1769.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By [signature]
Deputy Clerk

-2-

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the MDL-1596 transfer order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

The claims in each action relating to Seroquel and Risperdal are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Seroquel/Risperdal actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the MDL-1769 transfer order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

It is further ordered that the claims in each action relating to Risperdal are separated and simultaneously remanded to their respective transferor courts.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of New York, and ii) the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-67 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-1307 | Thelma D. Graham v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-2041 | Ramon Howell, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 05-2243 | Richard Philpott v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-259 | Lori Santacroce v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-623 | Billy Collins v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-649 | Dawn Samp v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-653 | Deborah Honey v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-723 | Patricia Nations v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-786 | Arthur Crum v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-1006 | Sharon Beggs v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-1088 | Patricia A. Davis v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-1089 | Doris Heathman v. Janssen Pharmaceutica, L.P., et al. |
| MOE 4 06-1171 | Tammy Lilly v. Janssen Pharmaceutica, L.P., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 06-149 | Earl Willie McNair v. Janssen Pharmaceutica Products, L.P., et al. |
| MSS 4 06-35 | Angela Burley, etc. v. Janssen Pharmaceutica, L.P., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-1963 | Frank Kellner, et al. v. Eli Lilly & Co., et al. |

# INVOLVED COUNSEL LIST (CTO-67)
## DOCKET NO. 1596
### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

# INVOLVED COUNSEL LIST (CTO-8)
## DOCKET NO. 1769
### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Kevin J. Adrian
Brown & James, P.C.
1010 Market Street, 20th Floor
St Louis, MO 63101

Allen D. Allred
Thompson & Coburn
One US Bank Plaza, Suite 3500
St. Louis, MO 63101

Timothy R. Balducci
Langston Law Firm, PA
P.O. Box 787
Booneville, MS 38829-0787

Catherine V. Barrad
Sidley, Austin, LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010

Neville H. Boschert
Watkins, Ludlam, Winter & Stennis, P.A.
P.O. Box 427
Jackson, MS 39205-0427

Brooks R. Buchanan
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

J. Thaddeus Eckenrode
Eckenrode-Maupin
8000 Maryland Avenue, Suite 1300
St. Louis, MO 63105

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
Five Houston Center
1401 McKinney Street, Suite 1800
Houston, TX 77010

Jeffrey R. Fink
Thompson & Coburn
One US Bank Plaza
St. Louis, MO 63101

Kathleen Anne Frazier
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, TX 77002

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Todd S. Hageman
Simon & Passanante, P.C.
701 Market Street, Suite 1450
St. Louis, MO 63101

Stuart B. Harmon
Page, Kruger & Holland, P.A.
P. O. Box 1163
Jackson, MS 39215-1163

Katherine Hihath
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
One Bush Street, 14th Floor
San Francisco, CA 94104

Jennifer S. Kingston
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Gerald L. Kucia
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

INVOLVED JUDGES LIST (CTO-67)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

INVOLVED JUDGES LIST (CTO-8)
DOCKET NO. 1769
IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Tom S. Lee
Senior U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102-9958

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S. Courthouse
St. Louis, MO 63102-1116

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Case 3:06-cv-01307-MJJ   Document 14   Filed 10/03/06   Page 6 of 8

INVOLVED COUNSEL LIST (CTO-67) MDL-1596                                    Page 2 of 2
INVOLVED COUNSEL LIST (CTO-A) MDL-1596   Document 43   Filed 09/26/2006   Page 6 of 8

John F. Kuckelman, II
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Justin Ma
Sidley, Austin, LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010

Gregory S. Meece
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

James W. Mizgala
Sidley, Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Howard L. Nations
Law Offices of Howard L. Nations, PC
4515 Yoakum Boulevard
Houston, TX 77006-5895

Michael W. Perrin
Bailey Perrin Bailey, LLP
The Lyric Center
440 Louisiana Street, Suite 2100
Houston, TX 77002

Jeffrey L. Schultz
Armstrong Teasdale, LLP
One Metropolitan Square
211 North Broadway, Suite 2600
St. Louis, MO 63102-2740

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

Steven Michael Selna
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

Leigh Davis Vernon
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

Jason A. Wheeler
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612-3572

INVOLVED JUDGES LIST (CTO-67)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

INVOLVED JUDGES LIST (CTO-8)
DOCKET NO. 1769
IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Tom S. Lee
Senior U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102-9958

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S. Courthouse
St. Louis, MO 63102-1116

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

## INVOLVED CLERKS LIST (CTO-67)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## INVOLVED CLERKS LIST (CTO-8)
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489